| | |
|---|---|
| 1 | Henry D. Rome (Bar No. 48567) |
| | hrome@hrmrlaw.com |
| 2 | Shawn M. Ridley (Bar No. 144311) |
| | sridley@hrmrlaw.com |
| 3 | HOWARD ROME MARTIN & RIDLEY LLP |
| | 1775 Woodside Road, Suite 200 |
| 4 | Redwood City, California  94061-3436 |
| | Telephone:    650.365.7715 |
| 5 | Facsimile:    650.364.5297 |

Attorneys for Plaintiff
The Regents of the University of California

Michael C. Osborne (Bar No. 95839)
mosborne@archernorris.com
Chad D. Greeson (Bar No. 251928)
cgreeson@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California  94596-3759
Telephone:   925.930.6600
Facsimile:    925.930.6620

Attorneys for Defendants Bernzomatic, an unincorporated division of Irwin Industrial Tool Company (also erroneously sued as Newell Rubbermaid, Inc.), Irwin Industrial Tool Company, and W.W. Grainger, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Case No.  2:10-CV-01224-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | |
| BERNZOMATIC, et al., | |
| Defendants. | |

## **RECITALS**

On December 7, 2010, this Court granted plaintiff's motion to amend its Complaint to add new defendants, and plaintiff will now file its amended complaint and serve it on the newly-named defendants.

A separate lawsuit is pending in the California Superior Court for the County of Yolo, Court No. P010-2212, in which the injured workers have filed suit against Worthington Industries and its related entities, and plaintiff The Regents of the University of California have intervened in that matter to collect on its claim for paid workers' compensation benefits. It is expected that the defendants in that litigation will file a Notice of Removal to this Court.

While the parties in this litigation are interested in pursuing discovery such as depositions of the injured parties, depositions of the defendants' representatives, and destructive examination and testing of the torch product at issue, such discovery must be delayed to provide an opportunity for the participation of counsel for the injured workers (plaintiffs in the Yolo County action) and for the Worthington entities (defendants in the Yolo County action and soon to be a defendant in this action).

Accordingly, the parties in this action are agreeable, with the Court's consent, to stipulate to extend all discovery deadlines set forth in this Court's Status (Pretrial Scheduling) Order for 90 additional days, in order to give all parties additional time to make their appearances and to become involved in the proposed discovery. The stipulated extension of time will not impact the other deadlines in this Court' Order, such as the deadlines for the hearing of dispositive motions, nor will it impact the Trial Date.

NOW, THEREFORE, PLAINTIFF and DEFENDANTS, by and through their respective Counsel of record, stipulate and agree as follows:

## **STIPULATION**

IT IS HEREBY STIPULATED by all parties, by and between their respective attorneys of record, that:

1. All discovery shall be completed by April 25, 2011, within the meaning of Section IV of this Court's Status (Pretrial Scheduling) Order filed July 20, 2010 ("Status Order").

2. The designation of expert witnesses set forth in Section V of this Court's Status Order shall occur no later than May 9, 2011.

3. The submission of a supplemental list of expert witnesses set forth in Section V of this Court's Status Order shall occur no later than May 30, 2011.

4. All expert discovery, under Section V of this Court's Status Order, shall be completed by June 30, 2011.

IT IS SO STIPULATED:

Dated: December _____, 2010          HOWARD ROME MARTIN & RIDLEY LLP


By: /s/_____
    HENRY D. ROME
    SHAWN M. RIDLEY
    Attorneys for Plaintiff
    The Regents of the University of
    California


Dated: December _____, 2010          ARCHER NORRIS

By: /s/ _____
    MICHAEL C. OSBORNE
    CHAD D. GREESON
    Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE