1  RICHARD A. ERGO (# 110487)
   CATHLEEN S. HUANG (# 219554)
2  WILLIAM T. NAGLE (# 180162)
   BOWLES & VERNA LLP
3  2121 N. California Boulevard, Suite 875
4  Walnut Creek, California  94596
   Telephone:  (925) 935-3300
5  Facsimile:  (925) 935-0371
6  Email:  raergo@bowlesverna.com
            chuang@bowlesverna.com
7           wnagle@bowlesverna.com
8
9  Attorneys for Defendants
   WORTHINGTON INDUSTRIES, INC., WORTHINGTON
10 CYLINDERS WISCONSIN, LLC and WORTHINGTON
11 CYLINDER CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>BERNZOMATIC, an Unincorporated Division of IRWIN INDUSTRIAL TOOL COMPANY, IRWIN INDUSTRIAL TOOL COMPANY, NEWELL RUBBERMAID, INC., and W.W. GRAINGER, INC., and DOES 1 through 200, inclusive,<br><br>Defendants. | **Case No.: 2:10-CV-01224-FCD-GGH**<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES OF STATUS (PRETRIAL SCHEDULING) ORDER** |

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1                                            2:10-CV-01224-FCD-GGH
**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES OF STATUS (PRETRIAL SCHEDULING) ORDER**

## RECITALS

On December 7, 2010, this Court granted Plaintiff's motion to amend to add new defendants. Pursuant to that order, on March 4, 2011 Plaintiff served Worthington Industries, Inc. ("WII"), Worthington Cylinder Corporation ("WCC") and Worthington Cylinders Wisconsin, LLC ("WCW"), collectively referred to as "Worthington." On April 21, 2011, Worthington filed its answer to the first amended complaint.

In the interim, Plaintiff settled with the original defendants who have been dismissed with prejudice.

Because Worthington has just appeared in this case and because the discovery cutoff expired on April 25, 2011, Plaintiffs and Worthington, with the Court's consent, stipulate to extending discovery and all other deadlines by 180 days.

Now, therefore, Plaintiff and Worthington, by and through their respective counsel of record, stipulate and agree as follows:

## STIPULATION

IT IS HEREBY STIPULATED by all parties, and by and between their respective attorneys of record that:

1. All discovery shall be completed by October 25, 2011, within Section IV of this Court's Status (Pretrial Scheduling) Order filed July 20, 2010 ("Status Order").

2. The designation of expert witnesses set forth in Section V of this Court's Status Order shall occur no later than November 9, 2011.

3. The submission of a supplemental list of expert witnesses set forth in Section V of this Court's Status Order shall occur no later than November 30, 2011.

4. All expert discovery under Section V of this Court's Status Order shall be completed by December 30, 2011.

5. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, as set forth in Section VI of the Court's Status Order shall be heard no later than February 10, 2012.

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                                   2:10-CV-01224-FCD-GGH
**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES OF STATUS (PRETRIAL SCHEDULING) ORDER**

6. The Final Pretrial Conference is set for April 13, 2012, at 1:30 p.m., and shall be conducted as set forth in Section VII of the Court's Status Order.

7. The trial is set for June 12, 2012, at 9:00 a.m. as set forth in Section VIII of the Court's Status Order.

Dated:  May 5, 2011                                  BOWLES & VERNA LLP


By:  _____/s Richard A. Ergo_____
    RICHARD A. ERGO
    CATHLEEN S. HUANG
    WILLIAM T. NAGLE
    Attorneys for Defendants
    WORTHINGTON INDUSTRIES, INC., WORTHINGTON CYLINDERS WISCONSIN, LLC and WORTHINGTON CYLINDER CORPORATION

Dated:  May 5, 2011                                  HOWARD ROME MARTIN & RIDLEY LLP


By:  _____/s/ Brian A. Fiorino_____
    HENRY D. ROME
    SHAWN M. RIDLEY
    BRIAN A. FIORIINO
    Attorneys for Plaintiff
    THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**IT IS SO ORDERED.**

Dated:  May 5, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

3                              2:10-CV-01224-FCD-GGH
**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES OF STATUS (PRETRIAL SCHEDULING) ORDER**