IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WORTHINGTON INDUSTRIES, INC. an Ohio Corporation; WORTHINGTON CYLINDERS WISCONSIN, LLC; WORTHINGTON CYLINDER CORPORATION, an Ohio Corporation; and DOES 4 through 200, inclusive;<br><br>　　　　Defendants.* | 2:10-cv-01224-GEB-GGH<br><br>ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER |

　　　　On September 14, 2011 the parties filed a "Stipulation to Extend Deadlines of Status (Pretrial Scheduling) Order[.]" (ECF No. 64.) The Order will be amended but not precisely as the parties propose, since all proposed modifications are not practicable. Therefore, the Status (Pretrial Scheduling) Order is modified as follows.

## DISCOVERY

　　　　All discovery shall be completed by March 28, 2012. Further, each party shall comply with Federal Rule of Civil Procedure 26's initial expert witness disclosure requirements on or before February 1,

---

　　* The caption has been amended according to the "Notice of Amendment to Substitute True Name for Fictitious Name" filed January 11, 2011, and the "Stipulation of Dismissal" filed April 11, 2011. (ECF Nos. 49, 54.)

1

2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before February 28, 2012.

## MOTION HEARING SCHEDULE

The last hearing date for motions shall be April 16, 2012, commencing at 9:00 a.m.

## FINAL PRETRIAL CONFERENCE

The final pretrial conference is rescheduled to commence at 2:30 p.m. on June 11, 2012. The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999) ("There is no requirement that the court hold a pretrial conference.").

If possible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

## TRIAL SETTING

Trial shall commence at 9:00 a.m. on September 25, 2012.

IT IS SO ORDERED.

Dated: October 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge